1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10       **EASTERN DIVISION**

11

| | |
|---|---|
| TRAVIS WOHLSTADTER, ET AL., | Case No.: CV13-3660-CBM(AGRx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [JS-6]** |
| v. | |
| PASO ROBLES JOINT UNIFIED SCHOOL DISTRICT AND SAN LUIS OBISPO COUNTRY BEHAVIORAL HEALTH, | |
| Defendants. | |

12

13

14

15

16

17

18

19       The Court having read and considered the stipulation of the parties, hereby

20   GRANTS the stipulation.  This action is dismissed with prejudice pursuant to Federal

21   Rule of Civil Procedure Rule 41(a).  Each party is to bear its own costs and attorneys'

22   fees.

23   IT IS SO ORDERED.

24

25   Dated: July 21, 2014

                                                    _____
26                                                  Hon. Consuelo  B. Marshall
                                                    United States District Judge
27

28

ORDER GRANTING JOINT MOTION TO DISMISS